UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

HECTOR MANUEL MOLDES and LIVIA DIAZ, NELSON
DANTE LUCIANO, DANTE LUCIANO, DAVID ADRIAN
LUCIANO and MERCEDES FELIU, OSCAR RAUL
CLAVIJO and ANA MARIA AURORA OTERO, PEDRO
KALBERMANN and EVA SONDERMANN and PABLO
KALBERMANN, CARLOS ALBERTO BRUZZONE,
ITALIA CAMATO, FRANCO PEZZE, TIZIANO SASSELLI
and GIOVANNA FERRO, GRAZIELLA BONADIMAN and
SALVATORE MELCHIONDA,

                                  Plaintiffs,

                       -against-

THE REPUBLIC OF ARGENTINA and
THE PROVINCE OF BUENOS AIRES,

                                Defendants.

------------------------------------------------------------------------ x

**ORDER OF PARTIAL
SATISFACTION OF
JUDGMENT**

04-CV-6137 (LAP)

    WHEREAS, on August 18, 2006, the Court entered a final judgment, ECF No. 22, (the
"Final Judgment") against the Republic of Argentina (the "Republic") and the Province of Buenos
Aires, and in favor of the plaintiffs Hector Manuel Moldes, Livia Diaz, Nelson Dante Luciano,
Dante Luciano, David Adrian Luciano, Mercedes Feliu, Oscar Raul Clavijo, Ana Maria Aurora
Otero, Pedro Kalbermann, Eva Sondermann, Pablo Kalbermann, Carlos Alberto Bruzzone, Italia
Camato, Franco Pezze, Tiziano Sasselli, Giovanna Ferro, Graziella Bonadiman, and Salvatore
Melchionda with respect to plaintiffs' beneficial interests on certain defaulted bonds issued by the
Republic (the "Republic Bonds") and others issued by the Province of Buenos Aires;

    WHEREAS, plaintiffs tendered interests in the Republic Bonds in exchange for new
securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their
interests in the Republic Bonds, and/or have otherwise settled their claims against the Republic

and accordingly no longer hold any interest in the Republic Bonds that are subject of the above-captioned case.

NOW, THEREFORE, the Final Judgment in this case against the Republic is deemed to have been satisfied, and the Clerk of the Court is hereby authorized and directed to make an entry of partial satisfaction on the docket.


SO ORDERED:

United States District Judge
Dated:  July 12 , 2018